IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER STEPHEN BECK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV193 |
| | ) | |
| V. | ) | |
| | ) | |
| SHERIFF DAN OSMUND, Custer County Jail, | ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, a pro se prisoner, has filed a Motion to Proceed In Forma Pauperis in this case. Before the court can rule on this motion, Plaintiff must submit a certified statement which shows the greater of (1) the average deposits to his institutional account for the past six months (or such lesser period as he has been incarcerated), or (2) the average balance in his institutional account for the past six months (or such lesser period as he has been incarcerated).

IT IS THEREFORE ORDERED that Plaintiff shall provide a certified statement as set forth above by November 25, 2016, unless an extension of time is granted in response to a written motion. The clerk of court is directed to set a pro se case management deadline using the following text: November 25, 2016: trust account statement due.

DATED this 25th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge