# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER STEPHEN BECK, <br><br> Plaintiff, <br><br> vs. <br><br> SHERIFF DAN OSMUND, Custer County Jail; and PAMELA HUNTER, <br><br> Defendants. | 8:16CV193 <br><br> **MEMORANDUM AND ORDER** |

Defendants have filed an Answer in this matter and, within their Answer, they aver that the correct spelling of Defendant Sheriff Dan Osmund's name is Osmond and that Pamela Goldsby, not Pamela Hunter, served as the Custer County jail administrator during the period of time that Plaintiff was confined at the Custer County Jail. (Filing No. 24.) Accordingly,

IT IS THEREFORE ORDERED that: The clerk's office is directed to correct the records in this case to reflect that the sole defendants are Sheriff Dan Osmond and Pamela Goldsby.

Dated this 9th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge